ACCEPTED
03-13-00790-CV
8070194
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/3/2015 11:26:05 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/3/2015 11:26:05 AM
JEFFREY D. KYLE
Clerk

FOR THE THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

T. MARK ANDERSON, AS CO-EXECUTOR OF THE
ESTATE OF TED M. ANDERSON, AND CHRISTINE
ANDERSON, AS CO-EXECUTOR OF THE ESTATE OF TED
M. ANDERSON

v.

RICHARD T. ARCHER, DAVID R. ARCHER, CAROL
ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER
BALL, AND SHERRI ARCHER

OPPOSED MOTION FOR LEAVE TO FILE
CROSS-APPELLEES' BRIEF

Scott R. Kidd
State Bar No. 11385500
512-330-1713
scott@kiddlawaustin.com
Scott V. Kidd
State Bar No. 24065556
512-542-9895
svk@kiddlawaustin.com
KIDD LAW FIRM
819 West 11th Street
Austin, TX 78701
512-330-1709 (fax)

Come now appelllants T. Mark Anderson and Christine Anderson, as Co-Executors of the Estate of Ted Anderson, ("the Andersons") and file this motion for leave to file their Cross-Appellees' Brief.

This appeal was perfected by T. Mark Anderson and Christine Anderson on November 8, 2013, and they filed their appellants' brief on November 6, 2014. The Appellees ("the Archers") filed their Appellees' Brief on February 6, 2105, and included in that brief were two cross-points. The Andersons' response to those cross-points was due to be filed on or before March 9, 2015. The Andersons received extensions of time to file that response on several occasions, the last being due on May8, 2015. No response was filed by that date.

On August 28, 2015, the Andersons' attorney, Gerald McFarlen, filed a motion to withdraw from representing the Andersons in this appeal. The grounds listed by Mr. McFarlen were that his physical, mental or psychological condition due to his medical issues materially impaired his fitness to represent the Archers in this appeal. The court granted that motion on September 2, 2015.

The undersigned attorney filed a motion to substitute as the attorney for the Andersons on November 6, 2015. This court granted that motion on December 1, 2015.

This motion seeks leave to file a Cross-Appellees' Brief in response to the two cross-points in the Archers' brief. The Archers tender their Cross-Appellees' Brief with the filing of this motion. Good cause exists for granting leave to file this brief since, as noted in Mr. McFarlen's motion to withdraw and his verification of that motion, his medical condition kept him from properly representing the interests of the Andersons in this appeal. The Court will benefit from the filing of this brief since the court will have before it the argument and authority contrary to the positions taken by the Archers so that the court can properly reach a decision on those points. No harm can result from the granting of this motion. While this appeal was previously set for oral argument, the court granted the Andersons' motion for continuance as to that setting, and it is not presently set for oral argument. Therefore, no delay will occur due to the granting of this motion.

Wherefore, the Andersons pray that the court grant this motion and grant leave to file their Cross-Appellees' Brief.

KIDD LAW FIRM
819 West 11th Street
Austin, TX 78701
512-330-1709 (fax)

Scott R. Kidd
State Bar No. 11385500
512-330-1713
scott@kiddlawaustin.com
Scott V. Kidd
State Bar No. 24065556
512-542-9895
svk@kiddlawaustin.com

## Certificate of Conference

Appellees' counsel was consulted concerning this motion and is opposed to the motion.

Scott R. Kidd

## Certificate of Service

A copy of this motion was served on Laurie Ratliff by fax this 3rd day of December, 2015.

Scott R. Kidd

3